WASSILY DE BASIL, Respondent, v. GEORGE DE CUEVAS, Appellant. (Action No. 1.) RUSSIAN BALLET ARTS, INC., Respondent, v. GEORGE DE CUEVAS et al., Appellants, et al., Defendants. (Action No. 2.) ORIGINAL BALLET RUSSE LTD., Respondent, v. GEORGE DE CUEVAS et al., Appellants, et al., Defendants. (Action No. 3.) WASSILY DE BASIL, Respondent, v. GEORGE DE CUEVAS et al., Appellants, et al., Defendants. (Action No. 4.) — Orders unanimously reversed, with one bill of $20 costs and disbursements to the appellants, and the motions denied. No opinion. Settle orders on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ELEANOR HESSELTINE, Respondent, v. NATHAN SULZBERGER, Appellant.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant and the motion to vacate the notice of examination granted in all respects. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

LEONARD S. WEGMAN et al., Individually and as Copartners Doing Business under the Name of LEONARD S. WEGMAN & CO., Respondents, v. REPUBLIC CAMERA CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [190 Misc. 513.]

ANTHONY GESSLING, Appellant, v. 52 E. 120TH STREET CORP., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

LA RAUS ASSOCIATES, Respondents, v. JULES CHAIN STORES CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

SIDNEY REITER, Appellant, v. THE AMERICAN LEGION et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [189 Misc. 1053.] [See post, p. 877.]

In the Matter of HERVEY, BARBER & McKEE. EMILY MARX, Appellant; MORRISON T. HANKINS, Respondent.— Upon the papers submitted plaintiff [appellant] was not entitled to an injunction pendente lite. Order unanimously affirmed, with $20 costs and disbursements. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

WILLIAM C. ITSCHNER, Respondent, v. CHATEAU RICHELIEU, INC., Defendant, and DAVID P. SMITH, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

FRANK ALDINO, Respondent, v. COSMOPOLITAN MUTUAL CASUALTY COMPANY OF NEW YORK, Appellant.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion for a discovery and inspection denied. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

MORTON BROWN, Appellant, v. VICTOR BROWN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.